*John L. Giulietti*, pro se, in support of the petition.

*Michael J. Kopsick*, in opposition.

Decided December 4, 2001

VERNON VILLAGE, INC. *v.* JOHN L. GIULIETTI ET AL.

The petition of the named defendant, John L. Giulietti, for certification for appeal from the Appellate Court, 65 Conn. App. 813 (AC 20392), is denied.

*John L. Giulietti*, pro se, in support of the petition.

*Michael J. Kopsick*, in opposition.

Decided December 4, 2001

JOHN J. GIULIETTI ET AL. *v.* JOHN L. GIULIETTI ET AL.

The petition of the named defendant, John L. Giulietti, for certification for appeal from the Appellate Court, 65 Conn. App. 813 (AC 20393), is denied.

*John L. Giulietti*, pro se, in support of the petition.

*Michael J. Kopsick*, in opposition.

Decided December 4, 2001

JAMES GIULIETTI *v.* VERNON VILLAGE, INC., ET AL.

The petition of the defendant John L. Giulietti for certification for appeal from the Appellate Court, 65 Conn. App. 813 (AC 20394), is denied.

*John L. Giulietti*, pro se, in support of the petition.

*Michael J. Kopsick*, in opposition.

Decided December 4, 2001